CLOSED,APPEAL,JRG1

# Live Database
## U.S. District Court - Eastern District of Tennessee (Greeneville)
## CRIMINAL DOCKET FOR CASE #: 2:18-cr-00051-JRG-CRW-1

Case title: USA v. Skaggs

Date Filed: 04/10/2018

Date Terminated: 05/21/2020

Assigned to: District Judge J Ronnie Greer
Referred to: Magistrate Judge Cynthia R Wyrick

Appeals court case number: 20-6106 Sixth Circuit Court of Appeals

**Defendant (1)**

**Champ Terry Skaggs, Jr**
*TERMINATED: 05/21/2020*

represented by **Nikki C Pierce**
Federal Defender Services of Eastern Tennessee, Inc.- Greene
219 West Depot Street
Suite 2
Greeneville, TN 37743-4909
423-636-1301
Fax: 423-636-1385
Email: nikki_pierce@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

18:2250.F- FAILURE TO REGISTER AS A SEX OFFENDER
(1)

**Disposition**

Time Served, 5 years supervised release, $100.00 assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

None

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Meghan Lynn Gomez** <br> U S Department of Justice (USAO Greene) <br> Office of U S Attorney <br> 220 West Depot Street <br> Suite 423 <br> Greeneville, TN 37743 <br> 423-823-5060 <br> Email: meghan.gomez@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: United States Attorney* <br><br> **Andrew Cheatham Parker** <br> U S Department of Justice (USAO Greene) <br> Office of U S Attorney <br> 220 West Depot Street <br> Suite 423 <br> Greeneville, TN 37743 <br> 423-639-6759 <br> Email: Andrew.Parker@usdoj.gov <br> *ATTORNEY TO BE NOTICED* <br> *Designation: United States Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/10/2018 | 1 | MOTION to Seal Case by USA as to Champ Terry Skaggs, Jr. (KDO) (Entered: 04/10/2018) |
| 04/10/2018 | 2 | ORDER granting 1 Motion to Seal Case as to Champ Terry Skaggs Jr (1). Signed by Magistrate Judge Clifton L Corker on 4/10/18. (KDO) (Entered: 04/10/2018) |
| 04/10/2018 | 3 | SEALED INDICTMENT as to Champ Terry Skaggs, Jr (1) count(s) 1. (Attachments: # 1 Criminal Cover Sheet - Champ Terry Skaggs, Jr)(KDO) (Entered: 04/10/2018) |
| 04/10/2018 | 4 | Sealed Document. (Unredacted Indictment) (KDO) (Entered: 04/10/2018) |
| 04/12/2018 | | Arrest of Champ Terry Skaggs, Jr. (KDO) (Entered: 04/12/2018) |
| 04/12/2018 | | Case unsealed as to Champ Terry Skaggs, Jr. (KDO) (Entered: 04/12/2018) |
| 04/12/2018 | 5 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Initial Appearance and Arraignment as to Champ Terry Skaggs Jr (1) Count 1 held on 4/12/2018. Financial Affidavit executed with Attorney Nikki Pierce for Champ Terry Skaggs, Jr present and appointed. Not guilty plea entered. Detention Hearing/Scheduling set for **4/16/2018** at 10:30 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendant remanded to custody of U.S. Marshal. Orders to enter. (Court Reporter DCR)(Tape #3:37-3:47) (KDO) (Entered: 04/12/2018) |
| 04/12/2018 | 6 | CJA 23 Financial Affidavit by Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 4/12/18. (KDO) (Entered: 04/12/2018) |

| | | |
|---|---|---|
| 04/12/2018 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 4/12/18. (KDO) (Entered: 04/12/2018) |
| 04/12/2018 | 8 | ORDER OF TEMPORARY DETENTION as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 4/12/18. (KDO) (Entered: 04/12/2018) |
| 04/16/2018 | 9 | Arrest Warrant Returned Executed on 4/12/2018 in case as to Champ Terry Skaggs, Jr. (JCK) (Entered: 04/16/2018) |
| 04/16/2018 | 10 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Detention Hearing as to Champ Terry Skaggs, Jr held on 4/16/2018. Defendant released on bond and conditions. The following dates were scheduled; Pretrial Conference/Motion hearing set for **7/6/2018** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Motion cut-off is **6/19/2018**. Response deadline is 7/3/2018. Jury Trial set for **8/7/2018** at 9:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. The estimated length of trial is one (1) day. Plea Agreement due by **7/24/2018**. Orders to enter. (Court Reporter DCR)(Tape #1:02-1:33) (KDO) (Main Document 10 replaced on 4/16/2018) (KSH, ). (Entered: 04/16/2018) |
| 04/16/2018 | 11 | Exhibit List Custody of Exhibits: All exhibits **retained** by the court at the conclusion of the proceeding. (KDO) (Entered: 04/16/2018) |
| 04/16/2018 | 12 | Unsecured Bond Entered as to Champ Terry Skaggs, Jr in amount of $ 20,000. (KDO) (Entered: 04/16/2018) |
| 04/16/2018 | 13 | ORDER Setting Conditions of Release as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 4/16/18. (KDO) (Entered: 04/16/2018) |
| 04/16/2018 | 14 | ORDER ON DISCOVERY AND SCHEDULING as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 4/16/18. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 04/16/2018) |
| 04/16/2018 | 15 | AMENDED- Unsecured Bond Entered as to Champ Terry Skaggs, Jr. (KDO) (Entered: 04/16/2018) |
| 04/16/2018 | 16 | AMENDED ORDER Setting Conditions of Release as to Champ Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 4/16/18. (REDACTED) (KDO) (Entered: 04/16/2018) |
| 04/17/2018 | 17 | ORDER as to Champ Terry Skaggs, Jr re 16 Order Setting Conditions of Release. Signed by Magistrate Judge Clifton L Corker on 4/17/18. (KDO) (Entered: 04/17/2018) |
| 06/18/2018 | 18 | MOTION to Continue *Motion Deadline, Pretrial Conference, Plea Deadline and Trial Date* by Champ Terry Skaggs, Jr. (Pierce, Nikki) (Entered: 06/18/2018) |
| 06/19/2018 | 19 | ORDER Setting Hearing on Motion 18 MOTION to Continue *Motion Deadline, Pretrial Conference, Plea Deadline and Trial Date* : Motion Hearing set for **6/26/2018** at 10:30 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Signed by Magistrate Judge Clifton L Corker on 6/19/18. (KDO) (Entered: 06/19/2018) |
| 06/26/2018 | 20 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Motion Hearing as to Champ Terry Skaggs, Jr held on 6/26/2018 re 18 MOTION to Continue *Motion Deadline, Pretrial Conference, Plea Deadline and Trial Date* filed by Champ Terry Skaggs, Jr. The following dates were rescheduled; Pretrial Conference/Motion hearing set for **9/24/2018** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Motion cut-off is **9/7/2018**. |

| | | |
|---|---|---|
| | | Response deadline is 9/21/2018. Jury Trial set for **10/23/2018** at 9:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. the estimated length of trial is one (1) day. Plea Agreement due by **10/9/2018**. Order to enter. (Court Reporter DCR)(Tape #10:39-10:42) (KDO) (Entered: 06/26/2018) |
| 06/26/2018 | 21 | ORDER granting 18 Motion to Continue as to Champ Terry Skaggs Jr (1). Signed by Magistrate Judge Clifton L Corker on 6/26/18. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 06/26/2018) |
| 07/18/2018 | 22 | SEALED PETITION AND ORDER as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 7/18/18. (placed in USM box for pick up) (KDO) Modified on 7/23/2018 to unseal Petition and Order due to arrest (KDO). (Entered: 07/18/2018) |
| 07/20/2018 | | Arrest of Champ Terry Skaggs, Jr. (KDO) (Entered: 07/23/2018) |
| 07/23/2018 | 23 | Minute Entry for proceedings held before Magistrate Judge Dennis H Inman:Initial Appearance re Revocation of Pretrial Release as to Champ Terry Skaggs, Jr held on 7/23/2018. Bond Revocation Hearing set for **7/26/2018** at 10:30 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendant remanded to custody of U.S. Marshal. Order to enter. (Court Reporter DCR)(Tape #1:14-1:27) (KDO) (Main Document 23 replaced on 7/23/2018) (KSH, ). (Entered: 07/23/2018) |
| 07/23/2018 | 24 | ORDER OF TEMPORARY DETENTION PENDING HEARING as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Dennis H Inman on 7/23/18. (KDO) (Entered: 07/23/2018) |
| 07/25/2018 | 25 | Arrest Warrant Returned Executed on 07/20/2018 in case as to Champ Terry Skaggs, Jr. (CAT) (Entered: 07/25/2018) |
| 07/26/2018 | 26 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Bond Revocation Hearing as to Champ Terry Skaggs, Jr held on 7/26/2018. Defendant is detained and remanded to custody of U.S. Marshal. Order to enter. (Court Reporter DCR)(Tape #10:39-10:57) (KDO) (Entered: 07/26/2018) |
| 07/26/2018 | 27 | ORDER REVOKING PRETRIAL RELEASE as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 7/26/18. (KDO) (Entered: 07/26/2018) |
| 09/07/2018 | 28 | MOTION to Dismiss *and Memorandum of Law in Support* by Champ Terry Skaggs, Jr. (Attachments: # 1 Exhibit US v. Wass, EDNC)(Pierce, Nikki) (Entered: 09/07/2018) |
| 09/20/2018 | 29 | RESPONSE in Opposition by USA as to Champ Terry Skaggs, Jr re 28 MOTION to Dismiss *and Memorandum of Law in Support* (Gomez, Meghan) (Entered: 09/20/2018) |
| 09/20/2018 | 30 | MOTION for Leave to File Document Under Seal by USA as to Champ Terry Skaggs, Jr. (Gomez, Meghan) (Entered: 09/20/2018) |
| 09/20/2018 | 31 | SEALED Proposed Sealed Document by USA as to Champ Terry Skaggs, Jr re: 30 MOTION for Leave to File Document Under Seal (Attachments: # 1 Exhibit Defendant's Statement, # 2 Exhibit Sex Offender Registration)(Gomez, Meghan) (Entered: 09/20/2018) |
| 09/21/2018 | 32 | SUPPLEMENT to 28 MOTION to Dismiss *and Memorandum of Law in Support* (Attachments: # 1 Exhibit 2002 Virginia Judgment)(Pierce, Nikki) (Entered: 09/21/2018) |
| 09/21/2018 | 33 | ORDER granting 30 Motion for Leave to File Two tendered Documents Under Seal related to its Response in Opposition to the Defendant's Motion to Dismiss the Indictment as to Champ Terry Skaggs Jr (1). The Motion is GRANTED to the extent |

| | | |
|---|---|---|
| | | that the tendered documents [Doc. 31] shall be filed under seal until the September 24, 2018, hearing at which time the Court will determine whether the documents shall remain under seal. Signed by Magistrate Judge Clifton L Corker on 9/21/18. (KDO) (Entered: 09/21/2018) |
| 09/21/2018 | 34 | Sealed Document (Attachments: # 1 Exhibit - Defendant's Statement, # 2 Exhibit -Sex Offender Registration)(KDO) (Entered: 09/21/2018) |
| 09/21/2018 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr- Pretrial Conference set for **9/24/2018** AT 9:30 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. *TIME CHG ONLY*(KDO) (Entered: 09/21/2018) |
| 09/24/2018 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr- Pretrial Conference set for **9/24/2018** at 10:30 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. *TIME CHG ONLY*(KDO) (Entered: 09/24/2018) |
| 09/24/2018 | 35 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Pretrial Conference/Motion hearing as to Champ Terry Skaggs, Jr held on 9/24/2018 re 28 MOTION to Dismiss *and Memorandum of Law in Support* filed by Champ Terry Skaggs, Jr. The following dates were rescheduled; Pretrial Conference/Motion hearing set for **11/27/2018** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Motion cut-off is **10/26/2018**. Response deadline is 11/16/2018. Jury Trial set for **1/8/2019** at 9:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. The estimated length of trial is one (1) day. Plea Agreement due by **12/21/2018**. Defendant remanded to custody of U.S. Marshal. Orders to enter. (Court Reporter Kristin Burke (Elite Court Reporting))(Tape #10:34-11:29) (KDO) (Entered: 09/24/2018) |
| 09/24/2018 | 36 | Exhibit List Custody of Exhibits: All exhibits that pertain to PTC/Motion hearing **retained** by the court at the conclusion of the proceeding. (KDO) (Entered: 09/24/2018) |
| 09/24/2018 | 37 | EXHIBIT LIST that pertains to PTC/Motion hearing as to Champ Terry Skaggs, Jr. (KDO) (Entered: 09/24/2018) |
| 09/24/2018 | 38 | ORDER TO CONTINUE - Ends of Justice as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 9/24/18. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 09/24/2018) |
| 10/25/2018 | 39 | MOTION to Continue */Extend Motion Deadline* by Champ Terry Skaggs, Jr. (Pierce, Nikki) (Entered: 10/25/2018) |
| 10/26/2018 | 40 | ORDER granting 39 Motion to Continue the deadline request for additional time to conduct research and prepare his supplemental brief as contemplated by the Courts September 24, 2018 Order [Doc. 38]. The motion is GRANTED. Defendant shall have to and including November 8, 2018, to file his supplemental brief. The United States shall have to and including November 21, 2018, to respond. Signed by Magistrate Judge Clifton L Corker on 10/26/18. (KDO) (Entered: 10/26/2018) |
| 10/31/2018 | 41 | MOTION for Bond by Champ Terry Skaggs, Jr. (Attachments: # 1 Exhibit Confirmation of Bed Space Availability)(Pierce, Nikki) (Entered: 10/31/2018) |
| 11/01/2018 | 42 | ORDER Setting Hearing on Motion 41 MOTION for Bond : Motion Hearing set for **11/6/2018** AT 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendants presence is required. Signed by Magistrate Judge Clifton L Corker on 11/1/18. (KDO) (Entered: 11/01/2018) |
| 11/06/2018 | 43 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Bond Hearing as to Champ Terry Skaggs, Jr held on 11/6/2018. Motion for Bond is |

| | | |
|---|---|---|
| | | DENIED. Defendant remanded to custody of U.S. Marshal. Order to enter. (Court Reporter DCR)(Tape #9:00-9:25) (KDO) (Entered: 11/06/2018) |
| 11/06/2018 | 44 | ORDER denying 41 Motion for Bond as to Champ Terry Skaggs Jr (1). Signed by Magistrate Judge Clifton L Corker on 11/6/18. (KDO) (Entered: 11/06/2018) |
| 11/08/2018 | 45 | SUPPLEMENTAL Motion to Dismiss to 28 MOTION to Dismiss *and Memorandum of Law in Support* (Attachments: # 1 Exhibit Virginia Order to Amend Indictment, # 2 Exhibit Virginia Plea Agreement, # 3 Exhibit Virginia Judgment, # 4 Exhibit Virginia Disposition Notice, # 5 Exhibit Virginia Sex Offender and Crime Against Minor Registration)(Pierce, Nikki) (Entered: 11/08/2018) |
| 11/20/2018 | 46 | RESPONSE re 45 Supplement, 28 MOTION to Dismiss *and Memorandum of Law in Support* (Gomez, Meghan) (Entered: 11/20/2018) |
| 11/20/2018 | 47 | MOTION for Leave to File Document Under Seal by USA as to Champ Terry Skaggs, Jr. (Gomez, Meghan) (Entered: 11/20/2018) |
| 11/20/2018 | 48 | SEALED Proposed Sealed Document by USA as to Champ Terry Skaggs, Jr re: 47 MOTION for Leave to File Document Under Seal *Sealed Exhibit to Government's Response (Doc. 46)* (Gomez, Meghan) (Entered: 11/20/2018) |
| 11/21/2018 | 49 | ORDER granting 47 Motion for Leave to File Document Under Seal as to Champ Terry Skaggs Jr (1). Signed by Magistrate Judge Clifton L Corker on 11/21/2018. (LMC) (Entered: 11/21/2018) |
| 11/21/2018 | 50 | Sealed Document by USA re 46 RESPONSE re 45 Supplement, 28 MOTION to Dismiss and Memorandum of Law in Support by USA. (LMC) (Entered: 11/21/2018) |
| 11/21/2018 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr- Pretrial Conference/Motion hearing RESET from 11/27/18 to **12/4/2018** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. (KDO) (Entered: 11/21/2018) |
| 11/26/2018 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr- Pretrial Conference/Motion hearing set for **12/4/2018** at 1:30 PM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. *TIME CHANGE ONLY*(KDO) (Entered: 11/26/2018) |
| 12/04/2018 | 51 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Motion Hearing as to Champ Terry Skaggs, Jr moved for continuance on 12/4/2018 re 28 MOTION to Dismiss *and Memorandum of Law in Support* filed by Champ Terry Skaggs, Jr. Pretrial Conference/Motion hearing set for **3/13/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Jury Trial set for **4/16/2019** at 9:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. Plea Agreement due by **4/2/2019**. Defendant remanded to custody of U.S. Marshal. Orders to enter. (Court Reporter DCR)(Tape #2:44-3:21) (KDO) (Entered: 12/04/2018) |
| 12/04/2018 | 52 | ORDER OF DETENTION as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 12/4/18. (KDO) (Entered: 12/04/2018) |
| 12/04/2018 | 53 | ORDER TO CONTINUE - Ends of Justice as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Clifton L Corker on 12/4/18. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 12/04/2018) |
| 03/12/2019 | 54 | MOTION to Continue *Pretrial Conference, Plea Deadline and Trial Date* by Champ Terry Skaggs, Jr. (Pierce, Nikki) (Entered: 03/12/2019) |
| 03/12/2019 | 55 | ORDER as to Champ Terry Skaggs, Jr. Defendant, Champ Terry Skaggs, Jr., has filed a |

| | | |
|---|---|---|
| | | Motion to Continue Pretrial Conference, Plea Deadline and Trial Date [Doc. 54]. The motion to continue the pretrial conference is GRANTED and the pretrial conference scheduled for March 13, 2019 is CONTINUED. The remainder of the motion will be heard on Friday, March 15, 2019, at 10:30 a.m. at which time the Pretrial Conference will also be rescheduled. Defendants presence is not required. Signed by Magistrate Judge Clifton L Corker on 3/12/19. (KDO) (Entered: 03/12/2019) |
| 03/15/2019 | 56 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Motion Hearing as to Champ Terry Skaggs, Jr held on 3/15/2019 re 54 MOTION to Continue *Pretrial Conference, Plea Deadline and Trial Date* filed by Champ Terry Skaggs, Jr. The following dates were rescheduled; Pretrial Conference/Motion hearing set for **6/10/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Jury Trial set for **7/23/2019** at 9:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. The estimated length of trial is one (1) day. Plea Agreement due by **7/9/2019**. Order to enter. (Court Reporter DCR)(Tape #10:50-10:56) (KDO) (Entered: 03/15/2019) |
| 03/15/2019 | 57 | ORDER granting 54 Motion to Continue as to Champ Terry Skaggs Jr (1). Signed by Magistrate Judge Clifton L Corker on 3/15/19. z(SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 03/15/2019) |
| 06/10/2019 | 58 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker: Miscellaneous Hearing held on 6/10/2019. Status Conference set for **6/18/2019** at 1:30 PM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Defendant's presence is not required. Defendant remanded to custody of U.S. Marshal. (Court Reporter DCR) (Tape #9:08 - 9:17) (AMP) (Entered: 06/10/2019) |
| 06/18/2019 | 59 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Status Conference as to Champ Terry Skaggs, Jr held on 6/18/2019. Pretrial Conference/Motion hearing set for **6/26/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Order to enter. (Court Reporter DCR)(Tape #2:23-2:32) (KDO) (Entered: 06/18/2019) |
| 06/18/2019 | 60 | ORDER as to Champ Terry Skaggs, Jr. A Pretrial Conference and Motion Hearing are set for Wednesday, June 26, 2019, at 9:00 a.m. Defendants presence is required. Signed by Magistrate Judge Clifton L Corker on 6/18/19. (KDO) Modified on 6/20/2019 (KDO). (Entered: 06/18/2019) |
| 06/20/2019 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr- Pretrial Conference/Motion hearing set for **6/26/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. (KDO) (Entered: 06/20/2019) |
| 06/26/2019 | 61 | Minute Entry for proceedings held before Magistrate Judge Clifton L Corker:Pretrial Conference/Motion hearing as to Champ Terry Skaggs, Jr. Case called with oral motion for case to be continued-GRANTED on 6/26/2019. The following dates were rescheduled; Pretrial Conference set for **9/5/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Clifton L Corker. Jury Trial set for **10/22/2019** at 9:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. The expected length of trial is one (1) day. Plea Agreement due by **10/8/2019**. Defendant remanded to custody of U.S. Marshal. Order to enter. (Court Reporter Kristin Burke/Elite Court Reporting)(Tape #9:00-9:10) (KDO) (Entered: 06/26/2019) |
| 06/26/2019 | 62 | ORDER TO CONTINUE - Ends of Justice as to Champ Terry Skaggs, Jr Time excluded from 6/26/19 until 10/22/19. Signed by Magistrate Judge Clifton L Corker on 6/26/19. (SEE ORDER FOR SCHEDULED DATES AND DEADLINES) (KDO) (Entered: 06/26/2019) |
| | | |

| Date | Doc # | Description |
|---|---|---|
| 08/22/2019 | | Judge update in case as to Champ Terry Skaggs, Jr. Magistrate Judge Dennis H Inman added. Magistrate Judge M Clifton L Corker no longer assigned to case. (KMK) (Entered: 08/22/2019) |
| 08/26/2019 | 63 | ORDER referring 28 Motion to Dismiss as to Champ Terry Skaggs Jr (1) to United States Magistrate Judge H. Bruce Guyton for a hearing and for preparation of a report and recommendation. Signed by District Judge R Leon Jordan on August 26, 2019. (JAN) (Entered: 08/26/2019) |
| 08/29/2019 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr:Motion Hearing / Pretrial Confernece / Status Conference re 28 Defendants Motion to Dismiss Indictment and 45 Supplement set for **9/5/2019** 09:00 AM in Greeneville before Magistrate Judge Guyton. Court will participate by Video conference. (MDG) (Entered: 08/29/2019) |
| 09/05/2019 | 64 | Minute Entry for proceedings held before Magistrate Judge H Bruce Guyton:Parties present for a motion hearing/ pretrial conference / status conference re Defendant's 28 Motion to Dismiss Indictment and 45 Supplement by video conference. Court participated from Knoxville. Parties orally and jointly moved to continue the trial in this case. Court granted motion and continued dates and deadlines. Arguments heard. Court to take matter under advisement. Order to enter. Plea Agreement due by **12/2/2019**. Jury Trial set for **12/17/2019** 09:00 AM Greeneville before District Judge R Leon Jordan. Pretrial Conference set for **12/2/2019** 09:00 AM before Magistrate Judge H Bruce Guyton. (Court Reporter Jill Zobel) (MDG) (Entered: 09/05/2019) |
| 09/05/2019 | | Joint Oral MOTION to Continue Trial by USA, and Champ Terry Skaggs, Jr. (JAN) (Entered: 09/06/2019) |
| 09/06/2019 | 65 | MEMORANDUM AND ORDER granting [] Motion to Continue as to Champ Terry Skaggs Jr (1). All time between the September 5, 2019 motion hearing and the new trial date of December 17, 2019, is fully excludable time under the Speedy Trial Act. Plea Agreement ddl due by **12/2/2019**. Jury Trial set for **12/17/2019** 09:00 AM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. Pretrial Conference set for **12/2/2019** 09:00 AM in Courtroom 400 - Greeneville before Magistrate Judge H Bruce Guyton.. Signed by Magistrate Judge H Bruce Guyton on September 6, 2019. (JAN) (Entered: 09/06/2019) |
| 10/30/2019 | 66 | ORDER OF REASSIGNMENT in case as to Champ Terry Skaggs, Jr Magistrate Judge Dennis H Inman no longer assigned to case Case reassigned to Magistrate Judge Cynthia R Wyrick for all further proceedings. Signed by District Judge Pamela L Reeves on 10/30/19. (RET) (Entered: 10/30/2019) |
| 11/25/2019 | 67 | REPORT AND RECOMMENDATIONS as to Champ Terry Skaggs, Jr recommending that 28 MOTION to Dismiss *and Memorandum of Law in Support* and 45 Supplemental Motion to Dismiss be denied. Signed by Magistrate Judge H Bruce Guyton on 11/25/2019. (KMK) (Entered: 11/25/2019) |
| 11/26/2019 | 68 | ORDER as to Champ Terry Skaggs, Jr: Jury Trial set for **12/17/2019** 9:00 AM in Courtroom 1A - Knoxville before District Judge R Leon Jordan. Final Pretrial Conference set for **12/17/2019** 8:30 AM in Courtroom 1A - Knoxville before District Judge R Leon Jordan. Signed by District Judge R Leon Jordan on 11/26/2019. (JDH) (Entered: 11/26/2019) |
| 11/26/2019 | | NOTICE as to Champ Terry Skaggs, Jr. The Pretrial Conference set for 12/2/2019 at 9:00 AM in Courtroom 400 - Greeneville before Magistrate Judge H Bruce Guyton is hereby CANCELED. (KDO) (Entered: 11/26/2019) |
| 12/03/2019 | 69 | OBJECTION TO REPORT AND RECOMMENDATIONS 67 (Pierce, Nikki) |

| | | |
|---|---|---|
| | | (Entered: 12/03/2019) |
| 12/04/2019 | 70 | Sealed Plea Agreement Supplement filed pursuant to Local Rule 83.9(k) as to Champ Terry Skaggs, Jr (Gomez, Meghan) (Entered: 12/04/2019) |
| 12/04/2019 | 71 | PLEA AGREEMENT as to Champ Terry Skaggs, Jr (Gomez, Meghan) (Entered: 12/04/2019) |
| 12/04/2019 | 72 | RESPONSE TO OBJECTION TO REPORT AND RECOMMENDATIONS 67 by USA as to Champ Terry Skaggs, Jr (Gomez, Meghan) (Entered: 12/04/2019) |
| 12/06/2019 | 73 | ORDER adopting Report and Recommendations re 67 Report and Recommendations as to Champ Terry Skaggs Jr (1); denying 28 MOTION to Dismiss and Memorandum of Law in Support as to Champ Terry Skaggs Jr (1); denying 45 SUPPLEMENTAL Motion to Dismiss to 28 MOTION to Dismiss and Memorandum of Law in Support as to Champ Terry Skaggs Jr (1). Signed by District Judge R Leon Jordan on 12/6/2019. (JDH) (Entered: 12/06/2019) |
| 12/06/2019 | 74 | ORDER as to Champ Terry Skaggs: Change of Plea Hearing set for **12/19/2019** 10:00 AM in Greeneville before District Judge R Leon Jordan. Signed by District Judge R Leon Jordan on 12/6/2019. (JDH) (Entered: 12/06/2019) |
| 12/09/2019 | 75 | MOTION for Bond *Release Pending Sentencing Hearing* by Champ Terry Skaggs, Jr. (Attachments: # 1 Exhibit Letter from Employer)(Pierce, Nikki) (Entered: 12/09/2019) |
| 12/11/2019 | 76 | ORDER Setting Hearing on Motion as to Champ Terry Skaggs, Jr. 75 MOTION for Bond *Release Pending Sentencing Hearing* : Motion Hearing set for **12/18/2019** at 9:00 AM in Courtroom 300 - Greeneville before Magistrate Judge Cynthia R Wyrick. Signed by Magistrate Judge Cynthia R Wyrick on 12/11/2019. (LCK) (Entered: 12/11/2019) |
| 12/18/2019 | 77 | Minute Entry for proceedings held before Magistrate Judge Cynthia R Wyrick:Detention Hearing as to Champ Terry Skaggs, Jr held on 12/18/2019. Defendant to be released after out processing and completion of conditions. Defendant remanded to custody of U.S. Marshal. Orders to enter. (Court Reporter DCR)(Tape #10:44-11:01) (JCK) (Entered: 12/18/2019) |
| 12/18/2019 | 78 | Unsecured Bond Entered as to Champ Terry Skaggs, Jr in amount of $ 20,000. (REDACTED) (AMP) (Entered: 12/18/2019) |
| 12/18/2019 | 79 | ORDER Setting Conditions of Release. Signed by Magistrate Judge Cynthia R Wyrick on 12/18/2019. (REDACTED) (AMP) (Entered: 12/18/2019) |
| 12/18/2019 | 80 | ORDER AND AUTHORIZATION FOR DISCLOSURE OF MEDICAL INFORMATION as to Champ Terry Skaggs, Jr. Signed by Magistrate Judge Cynthia R Wyrick on 12/18/2019. (AMP) (Entered: 12/18/2019) |
| 12/18/2019 | 81 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings as to Champ Terry Skaggs, Jr held on 9/5/19, before Judge Guyton. Court Reporter/Transcriber Miller & Miller Court Reporters, Telephone number 865-675-1471. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **1/8/2020**. Redacted Transcript Deadline set |

| | | |
|---|---|---|
| | | for **1/21/2020**. Release of Transcript Restriction set for **3/17/2020**. (KDO) (Entered: 12/18/2019) |
| 12/19/2019 | 82 | Minute Entry for proceedings held before District Judge R Leon Jordan: Change of Plea Hearing as to Champ Terry Skaggs, Jr held on 12/19/2019. Plea entered by Champ Terry Skaggs Jr (1); guilty as to Count 1 of the Indictment. Sentencing set for **3/19/2020** 1:15 PM in Greeneville before District Judge R Leon Jordan. Court Reporter: Debbie Ramey (Barringer). Defendant released on conditions pending sentencing. (JDH) Text modified on 12/19/2019 (JDH). (Entered: 12/19/2019) |
| 12/19/2019 | 83 | ORDER as to Champ Terry Skaggs, Jr.: Sentencing reset from 3/19/2020 to **4/2/2020** 10:45 AM in Greeneville before District Judge R Leon Jordan. Signed by District Judge R Leon Jordan on 12/19/2019. (JDH) (Entered: 12/19/2019) |
| 01/30/2020 | 84 | NOTICE OF ATTORNEY APPEARANCE Andrew Cheatham Parker appearing for USA. (Parker, Andrew) (Entered: 01/30/2020) |
| 02/26/2020 | 85 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Champ Terry Skaggs, Jr. Objections or a Notice of No Objections must be filed within 14 days pursuant to LR 83.9(c). Instructions can be found here: http://www.tned.uscourts.gov/sites/tned/files/psrs.pdf (LMW) (Entered: 02/26/2020) |
| 02/27/2020 | 86 | NOTICE OF NO OBJECTIONS to Presentence Investigation Report by USA as to Champ Terry Skaggs, Jr (Parker, Andrew) (Entered: 02/27/2020) |
| 03/04/2020 | 87 | NOTICE OF NO OBJECTIONS to Presentence Investigation Report by Champ Terry Skaggs, Jr (Pierce, Nikki) (Entered: 03/04/2020) |
| 03/04/2020 | 88 | SENTENCING MEMORANDUM by Champ Terry Skaggs, Jr (Attachments: # 1 Exhibit Letters from Family/Friends)(Pierce, Nikki) (Entered: 03/04/2020) |
| 03/10/2020 | 89 | SUPPLEMENT to 88 Sentencing Memorandum (Attachments: # 1 Exhibit Letter from Employer)(Pierce, Nikki) (Entered: 03/10/2020) |
| 03/12/2020 | 90 | PRESENTENCE INVESTIGATION REPORT (Addendum)(Sealed) as to Champ Terry Skaggs, Jr (TBW) (Entered: 03/12/2020) |
| 03/13/2020 | 91 | ORDER as to Champ Terry Skaggs, Jr, ( Sentencing presently scheduled for April 2, 2020, is RESET to Thursday, **3/26/2020** 01:15 PM in Courtroom 400 - Greeneville before District Judge R Leon Jordan.) Signed by District Judge R Leon Jordan on March 13, 2020. (JAN) (Entered: 03/13/2020) |
| 03/16/2020 | 92 | SENTENCING MEMORANDUM by USA as to Champ Terry Skaggs, Jr (Parker, Andrew) (Entered: 03/16/2020) |
| 03/23/2020 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr: Sentencing RESET from 3/26/20 to **4/28/2020** at 1:15 PM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. (LCK) (Entered: 03/23/2020) |
| 04/02/2020 | | NOTICE OF HEARING as to Champ Terry Skaggs, Jr: Sentencing RESET from 4/28/20 to **7/21/2020** at 1:15 PM in Courtroom 400 - Greeneville before District Judge R Leon Jordan. (LCK) (Entered: 04/02/2020) |
| 05/07/2020 | 93 | ORDER OF REASSIGNMENT in case as to Champ Terry Skaggs, Jr District Judge R Leon Jordan no longer assigned to case Case reassigned to District Judge J Ronnie Greer for all further proceedings. Signed by District Judge Pamela L Reeves on May 7, 2020. (JAN) (Entered: 05/07/2020) |
| 05/08/2020 | 94 | ORDER as to Champ Terry Skaggs, Jr. Defendants sentencing hearing is hereby |

| | | |
|---|---|---|
| | | RESET for Tuesday, May 19, at 1:30 p.m., and will occur by video conference in Courtroom 300. If the parties intend to introduce evidence at the hearing, they SHALL, within twenty-four hours of the hearing, e-mail their exhibits to Greer_Chambers@tned.uscourts.gov and grvlclerk@tned.uscourts.gov. Signed by District Judge J Ronnie Greer on 5/8/20. (KDO) (Entered: 05/08/2020) |
| 05/19/2020 | 95 | ORDER Approving Consent to Appear by Video Conference by Champ Terry Skaggs, Jr Signed by District Judge J Ronnie Greer on 5/19/20. (KSH) (Entered: 05/19/2020) |
| 05/19/2020 | 96 | Minute Entry for proceedings held before District Judge J Ronnie Greer:Sentencing held on 5/19/2020 for Champ Terry Skaggs, Jr (1), Count(s) 1, Time Served, 5 years supervised release, $100.00 assessment. JUDGMENT TO ENTER. (Court Reporter Karen Bradley) (KSH) (Entered: 05/20/2020) |
| 05/21/2020 | 97 | JUDGMENT as to Champ Terry Skaggs, Jr (1), Count(s) 1, Time Served, 5 years supervised release, $100.00 assessment. Signed by District Judge J Ronnie Greer on 5/20/20. (KSH) (Entered: 05/21/2020) |
| 05/21/2020 | 98 | STATEMENT OF REASONS (Sealed) as to Champ Terry Skaggs, Jr (KSH) (Entered: 05/21/2020) |
| 06/09/2020 | 99 | COURT REPORTER NOTES re Champ Terry Skaggs, Jr filed by Karen Bradley of Sentencing before Judge Greer on May 19, 2020. In accordance with 28 U.S.C. Section 753(b), I certify that these original notes are a true and correct record of proceedings in the United States District Court for the Eastern District of TN before Judge Greer on May 19, 2020. By s/ Karen Bradley. (Court Reporter Notes are viewable by court staff only). (KJB) (Entered: 06/09/2020) |
| 06/17/2020 | 100 | MOTION for Extension of Time to File by Champ Terry Skaggs, Jr. (Attachments: # 1 Exhibit Notice of Appeal)(Pierce, Nikki) (Entered: 06/17/2020) |
| 07/15/2020 | 101 | SEALED PETITION AND ORDER as to Champ Terry Skaggs, Jr. Signed by District Judge J Ronnie Greer on 7/15/20. (KDO) (Entered: 07/15/2020) |
| 09/25/2020 | 102 | ORDER granting 100 Motion for Extension of Time to File as to Champ Terry Skaggs Jr (1). Defendant's Motion for Extension of Time to File Notice of Appeal [Doc. 100] is therefore GRANTED, and the Court deems Defendant's Notice of Appeal [Doc. 100-1] timely filed as of this Orders date. The Clerk of Court is DIRECTED to enter Defendant's notice of appeal as a new docket entry in the record. Signed by District Judge J Ronnie Greer on 9/25/2020. (LCK) (Entered: 09/25/2020) |
| 09/25/2020 | 103 | NOTICE OF APPEAL by Champ Terry Skaggs, Jr re 97 Judgment. (LCK) (Entered: 09/25/2020) |
| 09/25/2020 | 104 | USCA Case Number as to Champ Terry Skaggs, Jr is 20-6106 for 103 Notice of Appeal - Final Judgment filed by Champ Terry Skaggs, Jr. The case manager is Sharday Swain. (AMP) (Entered: 09/28/2020) |
| 10/29/2020 | 105 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Champ Terry Skaggs, Jr for dates of May 19, 2020 before Judge Greer, re 103 Notice of Appeal - Final Judgment Court Reporter/Transcriber Karen Bradley, Telephone number (423)639-3918. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

| | | |
|---|---|---|
| | | that date it may be obtained through PACER. Redaction Request due **11/19/2020**. Redacted Transcript Deadline set for **11/30/2020**. Release of Transcript Restriction set for **1/27/2021**. (KJB) (Entered: 10/29/2020) |
| 12/16/2020 | 106 | USCA SHOW CAUSE letter sent to have Ms. Debbie Ramey show cause explaining why the transcript has not yet been filed. The transcript must be filed or an extension requested by 12/28/2020 as to Champ Terry Skaggs, Jr in Case Number for the 20-6106 Sixth Circuit Court of Appeals. (AMP) (Entered: 12/16/2020) |
| 12/29/2020 | 107 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Champ Terry Skaggs, Jr for dates of 12/19/19 before Judge Jordan, re 103 Notice of Appeal - Final Judgment Court Reporter/Transcriber Barringer, Telephone number 423-477-7844. NOTICE RE REDACTION OF TRANSCRIPTS: The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at http://www.tned.uscourts.gov/electronic-case-filing Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due **1/19/2021**. Redacted Transcript Deadline set for **1/29/2021**. Release of Transcript Restriction set for **3/29/2021**. (KDO) (Entered: 12/30/2020) |
| 11/01/2021 | 108 | ORDER of USCA as to Champ Terry Skaggs, Jr re 103 Notice of Appeal - Final Judgment. Accordingly, we AFFIRM the district court's judgment. (Mandate to issue) (AMP) (Entered: 11/03/2021) |
| 11/23/2021 | 109 | MANDATE of USCA as to Champ Terry Skaggs, Jr. Pursuant to the court's disposition that was filed 11/01/2021 the mandate for this case hereby issues today. COSTS: None. (KDO) (Entered: 11/23/2021) |